Brandon S. Miller, SBN 288082
Phillip Alexander, SBN 235216
Harris Personal Injury Lawyers, Inc.
409 13th Street, 17th Floor
Oakland, CA 94612
Email: brandon@harrispersonalinjury.com
Telephone:  (510) 646-9616
Fax:            (510) 646-1342

Attorneys for Plaintiff
*Frances Yee*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES YEE, an individual;<br><br>          Plaintiff,<br><br>vs.<br><br>REVANTAGE CORPORATE SERVICES, LLC, a Delaware corporation doing business in the State of California; HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of California; and DOES 1 through 50, Inclusive.<br><br>          Defendants. | CASE NO. 4:24-cv-01301-HSG<br><br>**STIPULATION AND ORDER RE: PLAINTIFFS' AMENDMENT TO COMPLAINT NAMING DOE 1** |

Subject to the approval of this Court, the parties, Plaintiffs Frances Yee, by and through their attorney of record, Brandon S. Miller, Esq., and Defendants Revantage Corporate Services, LLC by and through its attorney of record, Todd M. Austin, Esq. and HOME DEPOT U.S.A INC. by and through its attorneys of record, Zachary S. Tolson, Esq. and Angelique Hernandez, Esq., hereby stipulate to the following order:

///

///

///

1. That Plaintiff Frances Yee may file and serve an Amendment to Complaint Naming Doe 1: BRE WESTGATE PROPERTY OWNER LLC in this matter.

**DATED:** May 29, 2024

_____
Todd M. Austin, Esq.
Attorney for Defendant, Revantage Corporate et al.

**DATED:** May 29, 2024

_____
Zachary S. Tolson, Esq.
Angelique Hernandez, Esq.
Attorneys for Defendant, HOME DEPOT U.S.A., INC.

**DATED**: May 14, 2024

_____
Brandon Miller, Esq.
Attorney for Plaintiff, Frances Yee

## ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. That Plaintiff Frances Yee may file and serve a First Amended Complaint in this matter.

**DATED**: 5/31/2024

_____
Judge of the Northern District of California