AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ California _____

FRANCESS YEES, an individual;

                Plaintiff (s),

V.

REVANTAGE CORPORATE SERVICES, LLC, et al

                Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:24-cv-01301-HSG

Notice is hereby given that, subject to approval by the court, __Def. REVANTAGE CORPORATE SERVICES, LLC__ substitutes
(Party (s) Name)

__Mark J. D'Argenio, Esq.__, State Bar No. __238006__ as counsel of record in
(Name of New Attorney)

place of __David A. Clinton, Esq. / Todd M. Austin__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    WOOD SMITH HENNING BERMAN

    Address:    1401 Willow Pass Road, Suite 700, Concord, California 94520

    Telephone:    925-222-3255    Facsimile _____

    E-Mail (Optional):    mdargenio@wshblaw.com

I consent to the above substitution.

Date:    July 9, 2024

                (Signature of Party (s))

I consent to being substituted.

Date:    July 3, 2024

                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    July 9, 2024

                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    7/10/2024

                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]