United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     FRANCES YEE,                          Case No. 24-cv-01301-HSG

8                    Plaintiff,             **SCHEDULING ORDER**

9           v.

10    HOME DEPOT U.S.A., INC., et al.,

11                   Defendants.

12

13          A case management conference was held on July 9, 2024.  Having considered the parties'

14    proposal, *see* Dkt. No. 30, the Court **SETS** the following deadlines pursuant to Federal Rule of

15    Civil Procedure 16 and Civil Local Rule 16-10:

16

17
| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/Joinder | September 9, 2024 |
| Close of Fact Discovery | November 8, 2024 |
| Deadline to Disclose Plaintiff's Opening Expert Reports | January 10, 2025 |
| Deadline to Disclose Defendant's Opening Expert Reports | February 7, 2025 |
| Exchange of Rebuttal Expert Reports | February 21, 2025 |
| Close of Expert Discovery | March 14, 2025 |
| Dispositive Motion Hearing Deadline | April 10, 2025, at 2:00 p.m. |
| Pretrial Conference | July 8, 2025, at 3:00 p.m. |
| Jury Trial (6 days) | July 28, 2025, at 8:30 a.m. |

18

19

20

21

22

23

24

25

26

27    //

28    //

1    These dates may only be altered by order of the Court and only upon a showing of good

2    cause.  The parties are directed to review and comply with this Court's standing orders.

3    **IT IS SO ORDERED.**

4    Dated:  7/17/2024

5    _____
     HAYWOOD S. GILLIAM, JR.

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California