Mark J. D'Argenio (State Bar No. 238006)
mdargenio@wshblaw.com
Nancy A McPherson (State Bar No. 129464)
nmcpherson@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925.222.3400 ♦ Fax: 925.356.8250

Attorneys for Defendants, REVANTAGE CORPORATE SERVICE, LLC and BRE WESTGATE PROPERTY OWNER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FRANCES YEE, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>REVANTAGE CORPORATE SERVICES, LLC, a Delaware corporation doing business in the State of California; HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of California; and DOES 1 through 50, Inclusive,<br><br>            Defendant. | Case No. 4:24-cv-01301-HSG<br><br>**ORDER EXTENDING DEADLINE TO MEDIATE**<br><br>Filed Concurrently with STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:          7/28/25 |

Upon Stipulation of the parties and GOOD CAUSE APPEARING THEREFORE; it is ordered that the parties will have until December 15, 2024 to mediate the case.

IT IS SO ORDERED.

DATED: November 7, 2024

_____
Haywood S. Gilliam, Jr.

35291992.1:10784-2226

Case No. 4:24-cv-01301-HSG

ORDER EXTENDING DEADLINE TO MEDIATE