Mark J. D'Argenio (State Bar No. 238006)
mdargenio@wshblaw.com
Nancy A McPherson (State Bar No. 129464)
nmcpherson@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925.222.3400 ♦ Fax: 925.356.8250

Attorneys for Defendants, REVANTAGE CORPORATE SERVICE, LLC and BRE WESTGATE PROPERTY OWNER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FRANCES YEE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>REVANTAGE CORPORATE SERVICES, LLC, a Delaware corporation doing business in the State of California; HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of California; and DOES 1 through 50, Inclusive,<br><br>    Defendant. | Case No. 4:24-cv-01301-HSG<br><br>**ORDER EXTENDING DEADLINES TO MEDIATE AND EXCHANGE EXPERT REPORTS**<br><br>Filed Concurrently with STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:          7/28/25 |

Upon Stipulation of the parties and GOOD CAUSE APPEARING THEREFORE; it is ordered that the parties will have until January 7, 2025 to mediate the case and until February 3, 2025 for Plaintiff to Disclose Opening Expert Reports, February 21, 2025 for Defendant's to Disclose Opening Expert Reports and February 28, 2025 for the parties to Exchange Rebuttal Expert Reports.  <u>Mediation is currently scheduled for January 7, 2025 at 9:00 a.m. with Peter A. Irvine.</u>

IT IS SO ORDERED.

/ / /

1  DATED: 12/12/2024

_____
Haywood S. Gilliam, Jr.