Mark J. D'Argenio (State Bar No. 238006)
mdargenio@wshblaw.com
Nancy A McPherson (State Bar No. 129464)
nmcpherson@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925.222.3400 ♦ Fax: 925.356.8250

Attorneys for Defendants, REVANTAGE CORPORATE SERVICE, LLC and BRE WESTGATE PROPERTY OWNER, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FRANCES YEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REVANTAGE CORPORATE SERVICES, LLC, a Delaware corporation doing business in the State of California; HOME DEPOT U.S.A., INC., a Delaware corporation doing business in the State of California; and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 4:24-cv-01301-HSG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Filed Concurrently with STIPULATION FOR DISMISSAL<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:         7/28/25 |

On March 19, 2025, the parties jointly submitted a Stipulation of Dismissal, dismissing the entire action and claims against Defendants REVANTAGE CORPORATE SERVICES, LLC, BRE WESTGATE PROPERTY OWNER, LLP and HOME DEPOT U.S.A., INC., with prejudice, to the Court. Accordingly, this action and all claims herein against Defendants REVANTAGE CORPORATE SERVICES, LLC, BRE WESTGATE PROPERTY OWNER, LLP and HOME DEPOT U.S.A., INC., are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

**IT IS SO ORDERED.**

1  DATED: 3/20/2025

_____
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE